Continental Illinois National Bank and Trust Company of Chicago, as Trustee Under an Agreement With Merrill C. Clancy Dated July 5, 1928, Plaintiff, v. Donald Merrill Clancy, et al., Defendants-Appellants, and Frank B. Clancy, et al., Defendants-Appellees.

Gen. No. 47,485.

First District, Second Division.
January 27, 1959.
Rehearing denied February 17, 1959.
Released for publication February 19, 1959.

 MacLeish, Spray,

Price & Underwood (Winfield T. Durbin, of counsel) for defend-ants-appellants; Tenney, Sherman, Bentley & Guthrie (Kenneth B. Hawkins, of counsel) for defendants-appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.